B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
Northern District Of Illinois

In re  Mary Sanders  ,   Case No. 13B 41704
      Debtor

Chapter  13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 200   Check one ☐ With the filing of the petition, or
             ☐ On or before  11-20-13

$ 106   on or before  12-12-13

$ _____ on or before _____

$ _____ on or before _____

☑ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Jacqueline P. Cox
J. Cx

Date: 11-8-13

United States Bankruptcy Judge